No. 771 August 27, 2025 123

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

JALEN SMITH,
*Plaintiff-Appellant,*

*v.*

Sheriff Caprice MASSEY,
*Defendant-Respondent.*

Washington County Circuit Court
24CV55297; A186507

Andrew Erwin, Judge.

Submitted July 11, 2025.

Corbin Brooks and Equal Justice Law filed the brief for appellant.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Petitioner appeals from a judgment denying habeas corpus relief. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

The California Governor's Office issued an application for requisition demanding plaintiff's extradition to Shasta County, California, attaching a felony complaint and a bench warrant that issued after plaintiff failed to appear for a court date in Shasta County. The State of Oregon then issued a governor's warrant of arrest and extradition authorizing plaintiff to be conveyed to California. Plaintiff, who was serving a sentence of incarceration in Washington County as a result of the revocation of his probation, filed a petition for writ of habeas corpus, arguing that he did not meet the definition of "fugitive" within the meaning of the extradition statutes because, as a result of his imprisonment, he did not intentionally fail to appear for his hearing in Shasta County. The court held a hearing, after which it denied relief.

Having reviewed the record, including the habeas court file and the transcript of the hearing, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.